UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-40027-MGM |
| | ) | |
| (1) MOISES ANTONIO SOTO and | ) | |
| (2) KIERSTEN SOTO, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

The parties in the above-captioned matter submit this initial status report pursuant to Local Rule 116.5(a) of the Local Rules for the United States District Court for the District of Massachusetts.

1. The parties request that the initial status conference scheduled for January 18, 2023 be cancelled because the parties have complied with Local Rule 116.5(a) and there are no issues requiring the Court's attention.

2. The government represents that automatic discovery required under Local Rule 116.1(c) will be complete by January 13, 2023, the deadline required under the local rules. The government will provide additional discovery materials, if and when any become available.

3. Prior to the detention hearing, the government produced all law enforcement reports in this case. The majority of the remaining discovery materials will be forensic extractions of electronic devices. The defendants request approximately 60 days to complete their initial review of the government's production, until March 10, 2023. Following their

review, the defendants will submit any additional discovery requests to the government by March 17, 2023.

4. The parties request an interim status conference at a time convenient for the Court after March 17, 2023, the deadline to submit additional discovery requests.

5. The Court has issued a protective order in this case. Docket No. 17.

6. The defendants state that it is premature for them to decide whether a Rule 12(b) motion is appropriate. They will advise the Court whether or not they intend to file a Rule 12(b) motion prior to the next status conference.

7. The parties agree that the government will provide its expert disclosures 21 days prior to trial. The defendants will provide their expert disclosures 14 days prior to trial.

8. All of the time has been excluded under the Speedy Trial Act from the date of the defendants' arraignment on December 16, 2023, through the date of the initial status conference on January 18, 2023. Docket No. 14.

9. The parties further request that the Court exclude the time under the Speedy Trial Act between January 18, 2023, and the date of the next status conference, because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

January 10, 2023

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Stephen W. Hassink*           */s/ Scott Lauer*
Stephen W. Hassink                  Scott Lauer
Assistant U.S. Attorney               Counsel for Defendant Moises Antonio Soto

*/s/ Paul J. Garrity*
Paul J. Garrity
Counsel for Defendant Kiersten Soto

## CERTIFICATE OF SERVICE

I, Stephen W. Hassink, Assistant U.S. Attorney, do hereby certify that on January 10, 2023, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

*/s/ Stephen W. Hassink*
Stephen W. Hassink
Assistant U.S. Attorney