UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MOISES SOTO and )<br>KIERSTEN SOTO )<br>    Defendants. )<br>) | Cr. No. 22-cr-40027-MRG |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANTS'
MOTION FOR NEW TRIAL**

I, Michael Tumposky, hereby swear and depose as follows:

1. I am counsel of record in the above matter.

2. I participated in the trial of the above defendants.

3. During the trial, the Court put unreasonable limits on both counsels' cross-examination of Victim 1.

4. For example, the Court forbade all inquiry into her two open drug cases, which were in warrant status out of Worcester District Court at the time of trial. In one of the cases, her co-defendant was the same drug dealer the defendants in this case were accused of making Victim 1 purchase drugs from to support their habit.

5. The Court likewise prohibited counsel from inquiring into Victim 1's mental or physical state at the time of trial, despite obvious indications that she was under the influence of drugs.

1

6. Finally, the Court would not even allow counsel to attempt to authenticate messages in which the Victim admitted to fabricating allegations of sex trafficking against the Defendants.

7. Counsel contends that s full review of the transcripts will demonstrate additional evidence of the Court's bias in favor of the Victim and the Government, however those transcripts are not yet available.

Signed under the pains and penalties of perjury on this the 19th day of February, 2026.

/s/ Michael Tumposky  
Michael Tumposky  
BBO No. 660618  
Tumposky & Associates, P.C.  
88 Broad Street, Suite 101  
Boston, MA 02110  
T) (617) 722-8220  
E) Tumposky@TumposkyLaw.com

### Certificate of Service

I, Michael Tumposky, hereby certify that, on February 19, 2026, I have served a copy of this document on all counsel of record in this matter.

/s/ Michael Tumposky  
Michael Tumposky
