

Handwritten note:

> Courtney –
> Every important journey in life starts with the 1st step. You have shown great courage in your own journey to reclaim your life and your future. I wish you much joy, love and happiness and peace.
>
> MRG

